TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00370-CR

Robert Lawrence, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 264TH JUDICIAL

DISTRICT

NO. 95-631-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for possession of a controlled substance. 
Appellant has filed a motion to withdraw this appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. The motion to withdraw as attorney of record for appellant
is submitted and dismissed. Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Jones

Dismissed on Appellant's Motion

Filed: October 16, 1996

Do Not Publish